# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JOHN D. OHLINGER,**

        Petitioner,

    V.                                    CASE NUMBER: **06-C-701**

**ROBERT CARLSON,
Racine County Sheriff,**

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the petitioner's request to proceed** *in forma pauperis* **is DENIED. John D. Ohlinger's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts is DISMISSED because his petition fails to state a claim for relief since he did not exhaust his state remedies and his petition does not present an exceptional circumstance. This action is hereby DISMISSED.**

   **July 31, 2006**                                                       **SOFRON B. NEDILSKY**
Date                                                                      Clerk

                                                                                         s/ Linda M. Zik
                                                                                         (By) Deputy Clerk